UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20473-CR-GAYLES/TORRES

UNITED STATES OF AMERICA,

        **Plaintiff,**

v.

JUNIOR ALEXANDER IONA-DeJESUS,
JOSE SALAS-BORREGO, and
WILFREDO CABRERA-ABREU,

        **Defendants.**
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Defendants' Joint Motion to Dismiss Indictment (the "Motion") [ECF No. 16]. The Court referred the Motion to Chief Magistrate Judge Edwin G. Torres pursuant to 28 U.S.C. § 636(b)(1)(B) for a Report and Recommendation. [ECF No. 18]. On May 4, 2023, Judge Torres issued a Report recommending that the Court deny the Motion (the "Report"). [ECF No. 33]. Defendants have timely objected to the Report. [ECF No. 34].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Defendants have moved to dismiss the Indictment arguing (1) the Court lacks statutory subject matter jurisdiction; (2) the Maritime Drug Law Enforcement Act cannot constitutionally be applied in this case; (3) the Government violated Federal Rule of Criminal Procedure 5(a)(1)(b) because their presentment to a judge was unreasonably delayed; (4) the Government violated Federal Rule of Criminal Procedure 5(b) because the criminal complaint was not promptly filed; and (5) the Government's rule violations run afoul of the outrageous government conduct doctrine. In his Report, Judge Torres finds that Defendants' arguments are without merit and recommends that the Court deny the Motion. After a *de novo* review of the record, the Court concurs with Judge Torres's findings and well-reasoned analysis. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1)   The Report and Recommendation [ECF No. 33] is **ADOPTED in FULL**;

(2)   Defendants' Joint Motion to Dismiss Indictment [ECF No. 16] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of June, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE